UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL CASTILLO,<br><br>Petitioner,<br><br>v.<br><br>W.J. SULLIVAN,<br><br>Respondent. | No. 2:19-cv-02170-TLN-EFB<br><br>**ORDER** |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 4, 2020, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 10.) Petitioner has filed objections to the findings and recommendations. (ECF No. 11.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1           Accordingly, IT IS HEREBY ORDERED that:

2           1.  The findings and recommendations filed May 4, 2020 (ECF No. 10), are ADOPTED

3  IN FULL;

4           2.  The Petition (ECF No. 1) is DISMISSED as untimely;

5           3.  The Clerk of the Court is directed to close the case; and

6           3.  The Court declines to issue a certificate of appealability.

7           IT IS SO ORDERED.

8  DATED:  August 3, 2020

```
                                            Troy L. Nunley
                                            United States District Judge
```

2